UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HECTOR L. ROSADO,

    Petitioner,

v.                                      CASE NO. 6:06-cv-1912-Orl-19UAM

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.

## ORDER

This case is before the Court on the following matters:

1.    Petitioner's Notice of Appeal, which the Court construes as a Request for a Certificate of Appealability (Doc. No. 18, filed July 11, 2007), is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

2.    Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 19, filed July 16, 2007) is **DENIED**. Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

    **DONE AND ORDERED** at Orlando, Florida, this  22nd  day of July, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 7/22
Counsel of Record
Hector L. Rosado